**MINOR COURT RULES COMMITTEE**
**ADOPTION REPORT**

**Amendment of Pa.R.Civ.P.M.D.J. 217**

On December 1, 2021, the Supreme Court amended Pennsylvania Rule of Civil Procedure Governing Actions and Proceedings Before Magisterial District Judges 217 to conform with recent amendments to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* ("Policy"). *See* Order of October 6, 2021, No. 556 Judicial Administration Docket. The Minor Court Rules Committee has prepared this Adoption Report describing the rulemaking process as it relates to Pa.R.Civ.P.M.D.J. 217. An Adoption Report should not be confused with Comments to the rules. *See* Pa.R.J.A. 103, Comment. The statements contained herein are those of the Committee, not the Court.

The amendments to the Policy, effective on January 1, 2022, require the statewide use of the Confidential Information Form to safeguard confidential information and eliminate the ability of a court to adopt a rule or order permitting the filing of any document in two versions, redacted and unredacted. While the Policy never permitted the filing of redacted/unredacted versions in the magisterial district courts, the Committee recommended deleting an exception to Rule 217, which permitted a rule or order of court to supersede the requirement to attach of a Confidential Information Form, if necessary.